UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23170-CIV-MORENO

ELLIOT GELBER, and all others similarly situated,

        Plaintiff,

vs.

AKAL SECURITY, INC.,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR CLARIFICATION AS MOOT

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Conditional Collective Action Certification (D.E. 11), filed on August 15, 2016. The Magistrate Judge filed a Report and Recommendation on the motion (D.E. 46) on October 5, 2016. Plaintiff filed a Motion to Adopt & Clarify Report & Recommendation Certifying Collective Action (D.E. 50) on October 19, 2016.

THE COURT has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and is fully advised in the premises. Therefore, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. It is further

**ORDERED AND ADJUDGED** as follows:

(1) Plaintiff's petition for conditional certification of a collective comprised of Miami-based air security officers is **GRANTED**. The seventeen (17) declarations of

Miami-based Air Security Officer employees assert circumstances sufficient to establish that (1) there are other employees of Defendant who desire to opt into this litigation and (2) the employees are similarly situated to Plaintiff. *Dybach v. State of Fla. Dep't. of Corr.*, 942 F.2d 1562, 1567–68 (11th Cir. 1991); *Morgan v. Family Dollar Stores, Inc.*, 551 F.3d 1233, 1260 (11th Cir. 2008); *Grayson v. K Mart Corp.*, 79 F.3d 1086, 1097 (11th Cir. 1996). Pursuant to the Court's ruling, the Court Orders as follows:

> (i) The Parties shall provide the Court with a joint agreed notice to be sent to the Miami-based Air Security Officer employees no later than **Thursday, November 17, 2016**.
>
> (ii) Notice shall be sent to all Miami-based Air Security Officer employees who were employed within two years prior to the date of the filing of each Plaintiff's consent to join the suit pursuant to 29 U.S.C. § 256(b).

(2) Plaintiff's petition for nation-wide conditional class certification is **DENIED** as the complaint fails to establish a reasonable basis to believe that there are other employees, outside of the state of Florida, who desire to opt into this litigation. See *Martinez v DHL Express*, 2016 WL 455394 (S.D. Fla. 2016); *Dybach*, 942 F.2d at 1567–68; *Morgan*, 551 F.3d at 1260; *Grayson*, 79 F.3d at 1097.

(3) Plaintiff's Motion to Adopt and Clarify the Magistrate Judge's Report and Recommendation is **DENIED AS MOOT** in light of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John J. O'Sullivan
Counsel of Record