UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-23170-CIV-MORENO**

ELLIOT GELBER, and all others similarly situated,

        Plaintiffs,

vs.

AKAL SECURITY, INC.,

        Defendant.

_____/

## ORDER DENYING PLAINTIFFS' MOTION TO RE-CERTIFY AS A NATIONWIDE COLLECTIVE ACTION

THIS CAUSE came before the Court upon Plaintiffs' Motion to Re-Certify as a Nationwide Collective Action **(D.E. 102)**, filed on **February 6, 2017**.

THE COURT has considered the motion, Defendant's response in opposition, Plaintiffs' reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as the new facts set forth in Plaintiffs' motion are insufficient to justify nationwide certification. The declaration of a single employee from Mesa, Arizona speculating that other air security officers based outside of Miami may join the suit is not enough to justify nationwide certification. *See Rodgers v. CVS Pharm., Inc.*, No. 8:05-CV-770-T-27MSS, 2006 U.S. Dist. LEXIS 23272, at *15 (M.D. Fla. Mar. 22, 2006); *Louis-Charles v. Sun-Sentinel Co.*, No. 07-80621-CIV, 2008 U.S.Dist. LEXIS 20030, at *5 (S.D. Fla. Mar. 14, 2008). Further, the opt-in period closed on January 30, 2017. *See* [DE 72, ¶ 6]. The additional declaration offered by Plaintiffs was executed on February 2, 2017 and was filed on February 6, 2017, after the opt-in period had closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___1st___ of ~~February~~ March 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record