UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:16-cv-23170-CIV-MORENO

ELLIOTT GELBER, ANGEL LOPEZ,
LUIS PAGAN, CASSANDRA BAKER,
SIGFREDO HERNANDEZ, FARA DIAZ,
SYLVIA BATISTA, LAREZO MORERA,
MAGALIE SANTIAGO, MONICA VILA,
JEAN VALBRUM, SANDRA AMENEIRO,
JORGE AGULAR, CARLOS TOLENTINO,
RUBEN YERO & all others similarly situated

        Plaintiffs,

v.

AKAL SECURITY, INC.,

        Defendant.
_____/

## DEFENDANT'S PRETRIAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, Akal Security, Inc. ("**Defendant**"), hereby represents that Defendant is a privately held corporation, and 100% of its stock is owned by Khalsa International Industries and Trade, Inc. ("**KIIT**"), another privately held corporation. KIIT's stock is 100% owned by Siri Singh Sahib Corporation, a non-profit corporation.

No publicly held corporation owns 10% or more of Defendant's stock.

CASE NO: 1:16-cv-23170-CIV-MORENO

Dated: September 5, 2018

Respectfully submitted,

By: /s/ Jenna Rinehart Rassif
Jenna Rinehart Rassif, Esq.
Florida Bar No. 56855
E-mail: jenna.rassif@jacksonlewis.com
Tony H. McGrath, Esq. – *admitted pro hac vice*
Wisconsin Bar No. 1042806
E-mail: tony.mcgrath@jacksonlewis.com
Valerie L. Hooker, Esq.
Florida Bar No. 113688
E-mail: valerie.hooker@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7651
Facsimile: (305) 373-4466

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by CM/ECF on September 5, 2018, on all counsel or parties of record on the Service List below.

*/s/ Jenna Rinehart Rassif*
Jenna Rinehart Rassif, Esq.

CASE NO: 1:16-cv-23170-CIV-MORENO

## SERVICE LIST

Matthew Sarelson, Esq.
Florida Bar No. 888281
E-mail: msarelson@kymplaw.com
KAPLAN YOUNG & MOLL PARRON
600 Brickell Avenue, Suite 1715
Miami, Florida 33131
Telephone: (305) 330-6090

Alex Arteaga-Gomez, Esq.
Florida Bar No. 18122
E-mail: aag@grossmanroth.com
GROSSMAN, ROTH, YAFF, COHEN
2525 Ponce De Leon Blvd., Suite 1150
Coral Gables, FL  33134
Telephone: (305) 442-8666

*Attorneys for Plaintiffs*

Jenna Rinehart Rassif, Esq.
Florida Bar No. 56855
E-mail: jenna.rassif@jacksonlewis.com
Tony H. McGrath, Esq. – *admitted pro hac vice*
Wisconsin Bar No. 1042806
E-mail: tony.mcgrath@jacksonlewis.com
Valerie L. Hooker, Esq.
Florida Bar No. 113688
E-mail: valerie.hooker@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7651
Facsimile:  (305) 373-4466

*Attorneys for Defendant*

4847-7232-6257, v. 1