UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-23170-CIV-MORENO

ELLIOT GELBER, and all others similarly situated, RUBEN YERO, SIGFREDO HERNANDEZ, MONICA VILA, FARA DIAZ, JORGE AGULAR, CASSANDRA BAKER, SYLVIA BATISTA, SANDRA AMENEIRO, JEAN VALBRUM, ANGEL LOPEZ, CARLOS TOLENTINO, MAGALIE SANTIAGO, LUIS PAGAN, LAREZO MORERA, RUBEN CATALA, ANEWRYS ROSARIO, and REY RIJOS,

        Plaintiffs,

vs.

AKAL SECURITY, INC.,

        Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION IN LIMINE

THIS CAUSE came before the Court upon Plaintiff's Motion in Limine to exclude Collective Bargaining Agreement and CNN Video **(D.E. 215)**, filed on **September 30, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as to the CNN video as the Defendant has no intention of using the video as an exhibit at trial. It is

**ADJUDGED** that the motion is GRANTED in part as to the Collective Bargaining Agreement. The Defendant is allowed to introduce the cover sheet and page 18 of the Collective Bargaining Agreement, as the Court has found it is relevant to the issue of willfulness.

DONE AND ORDERED in Open Court at Miami, Florida, this _1st_ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record