UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-23170-CIV-MORENO

ELLIOT GELBER, and all others similarly situated, RUBEN YERO, SIGFREDO HERNANDEZ, MONICA VILA, FARA DIAZ, JORGE AGULAR, CASSANDRA BAKER, SYLVIA BATISTA, SANDRA AMENEIRO, JEAN VALBRUM, ANGEL LOPEZ, CARLOS TOLENTINO, MAGALIE SANTIAGO, LUIS PAGAN, LAREZO MORERA, RUBEN CATALA, ANEWRYS ROSARIO, and REY RIJOS,

        Plaintiffs,

vs.

AKAL SECURITY, INC.,

        Defendant.
_____/

## ORDER GRANTING RECONSIDERATION OF SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in Open Court, the Court reconsiders its Order Denying Summary Judgment. Consistent with the parties' indication in Open Court that there are no issues of material fact, the Court finds in favor of the Plaintiffs that there was no bona fide meal break for the Air Security Officers on the return empty legs of their work flights and that Plaintiffs are entitled to compensation for their travel time under *Kolhein v. Glynn County, Ga.*, 915 F.2d 1473 (11th Cir. 1990) and the Code of Federal Regulations § 785.19. Specifically, the Court found the undisputed evidence showed that the Air Security Officers were not "relieved of work for the purpose of eating a regularly scheduled meal."

1

After hearing testimony on the issue of willfulness and given Plaintiff's waiver of jury trial on this issue, the Court finds the Defendant did not act willfully in violating the Fair Labor Standards Act and acted on the good faith advice of counsel.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ of October 2018 and signed in chambers this ___ day of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record