UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 1:16-cv-23170-MORENO

**ELLIOT GELBER, &**
**all others similarly situated,**

    Plaintiffs,

v.

**AKAL SECURITY, INC.,**

    Defendant.
_____/

**FINAL JUDGMENT**

Final Judgment is entered in favor of the Plaintiffs listed below and against the Defendant Akal Security, Inc., 7 Infinity Loop, Espanola, New Mexico, 87532, for which let execution issue forthwith, as follows:

1. Jorge Aguilar – $1,006.01
2. Sandra Ameneiro – $0.00
3. Cassandra Baker – $1,289.76
4. Sylvia Batista – $3,230.54
5. Ruben Catala – $0.00
6. Fara Diaz – $3,886.61
7. Elliott Gelber – $1,374.46
8. Sigfredo Hernandez – $2,469.77
9. Angel Lopez – $3,318.81
10. Jennifer Maciolek – $0.00
11. Alejandro Melo – $274.64
12. Lazaro Morera – $529.66
13. Luis Pagan – $3,850.57
14. Rey Rijos – $1,203.71
15. Anewrys Rosario – $37.73
16. Magalie Santiago – $2,656.03
17. Carlos Tolentino – $1,620.43
18. Jean Valbrun – $0.00
19. Monica Vila – $3,946.10
20. Ruben Yero – $0.00

Pursuant to 28 U.S.C. § 1961, post-judgment interest shall accrue at 2.59% per year until satisfied. The Court reserves jurisdiction to award prevailing party attorney's fees and costs.

DONE in Miami, Florida this 5 day of October, 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record