UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:16-cv-23170-FAM/O'SULLIVAN

ELLIOTT GELBER, ANGEL LOPEZ,
LUIS PAGAN, CASSANDRA BAKER,
SIGFREDO HERNANDEZ, FARA DIAZ,
SYLVIA BATISTA, LAREZO MORERA,
MAGALIE SANTIAGO, MONICA VILA,
JEAN VALBRUM, SANDRA AMENEIRO,
JORGE AGULAR, CARLOS TOLENTINO,
RUBEN YERO & all others similarly situated

      Plaintiffs,
v.

AKAL SECURITY, INC.,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Akal Security, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Final Judgment, entered on October 10, 2018 [D.E. 224], and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying the judgment, including (but not limited to) the Order Granting Reconsideration of Summary Judgment [D.E. 223], entered on October 10, 2018.

Dated: October 24, 2018          Respectfully submitted,

                                    By: /s/ Jenna Rinehart Rassif
                                        Jenna Rinehart Rassif, Esq. (FBN 56855)
                                        E-mail: jenna.rassif@jacksonlewis.com
                                        JACKSON LEWIS P.C.
                                        Two South Biscayne Boulevard, Suite 3500
                                        Miami, Florida 33131
                                        Telephone: (305) 577-7651
                                        Facsimile:  (305) 373-4466
                                        *Attorneys for Defendant Akal Security, Inc.*

Case No.: 1:16-cv-23170-FAM/O'SULLIVAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by CM/ECF on October 24, 2018, on all counsel or parties of record on the Service List below.

*/s/ Jenna Rinehart Rassif*
Jenna Rinehart Rassif, Esq.

## SERVICE LIST

Matthew Sarelson, Esq.
Florida Bar No. 888281
E-mail: msarelson@kymplaw.com
KAPLAN YOUNG & MOLL PARRON
600 Brickell Avenue, Suite 1715
Miami, Florida 33131
Telephone: (305) 330-6090

Alex Arteaga-Gomez, Esq.
Florida Bar No. 18122
E-mail: aag@grossmanroth.com
GROSSMAN, ROTH, YAFF, COHEN
2525 Ponce De Leon Blvd., Suite 1150
Coral Gables, FL 33134
Telephone: (305) 442-8666

*Attorneys for Plaintiffs*

Jenna Rinehart Rassif, Esq.
Florida Bar No. 56855
E-mail: jenna.rassif@jacksonlewis.com
Tony H. McGrath, Esq. – *admitted pro hac vice*
Wisconsin Bar No. 1042806
E-mail: tony.mcgrath@jacksonlewis.com
Valerie L. Hooker, Esq.
Florida Bar No. 113688
E-mail: valerie.hooker@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7651
Facsimile: (305) 373-4466

*Attorneys for Defendant*

4832-1321-3049, v. 1