UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-23170-CIV-MORENO

ELLIOT GELBER, and all others similarly situated, RUBEN YERO, SIGFREDO HERNANDEZ, MONICA VILA, FARA DIAZ, JORGE AGULAR, CASSANDRA BAKER, SYLVIA BATISTA, SANDRA AMENEIRO, JEAN VALBRUM, ANGEL LOPEZ, CARLOS TOLENTINO, MAGALIE SANTIAGO, LUIS PAGAN, LAREZO MORERA, RUBEN CATALA, ANEWRYS ROSARIO, and REY RIJOS,

      Plaintiffs,

vs.

AKAL SECURITY, INC.,

      Defendant.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE GOODMAN REGARDING PLAINTIFFS' RENEWED MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES AFTER APPEAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Jonathan Goodman** to submit a Report and Recommendation to this Court on Plaintiffs' Renewed Motion for Entitlement to Attorney's Fees **(D.E. No. 267)**, filed on **December 20, 2021**, after the Eleventh Circuit Court of Appeals affirmed in Case No. 18-14496.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Jonathan Goodman.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of January 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record